UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-10012-CR-KING/GARBER

UNITED STATES OF AMERICA,
    Plaintiff,

v.

DOUGLAS BRENNEMAN,
    Defendant.
_____/

## ORDER

THIS MATTER came before the court upon the defendant's motion to waive appearance at arraignment, pursuant to Federal Rules of Criminal Procedure, Rule 10 (b). After carefully consideration of the motion, it is

ORDERED AND ADJUDGED that the motion is hereby GRANTED. The defendant's appearance is not required at the arraignment scheduled for March 29, 2007, in Key West, Florida.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day od March, 2007

_____
BARRY S. SELTZER
United States Magistrate Judge

cc:     All counsel of record